FILED by _____ D.C.
ELECTRONIC
October 31, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION
CASE NO:_____

08-CV-61754-Gold-McAliley

| | |
|---|---|
| Angela Paulk | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| Deutsche Bank National Trust Company | ) |
| Shapiro & Fishman, LLP | ) |
| Donna Barrett as agent for Home Value Realty | ) |
| | ) |
| Defendants | |

PLAINTIFF'S ORIGINAL PETITION AND APPLICATION
FOR TEMPORARY AND PERMANENT INJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, ANGELA PAULK (herein collectively referred to as "Plaintiff"), Plaintiff herein, and file this, her Original Petition and Application for Temporary and Permanent Injunction and Application for Temporary Restraining Order complaining of **DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee and SHAPIRO & FISHMAN, LLP,** (herein collectively referred to as "Defendants") and would show the Court as follows:

I.

**NATURE OF CAUSE**

1. The nature of this cause is such that this case should be conducted under a Discovery Control Plan.

II.

**PARTIES**

1

2. Plaintiff Angela Paulk (hereinafter "Mrs Paulk") is an individual who reside at 14160 Luray Road, Southwest Ranches, FL 33330.

3. Defendant Deutsche Bank National Trust Company is a trust bank organized and doing business under the laws of the state of Florida and the United States of America and may be served with citation in this action by serving its CEO, Josef Ackermann at 60 Wall Street, New York, NY 10005.

4. Defendant SHAPIRO & FISHMAN, LLP AND ITS ASSIGNS are a business organization duly existing under the laws of the State of Florida, and can be served with citation at 10004 N. Dale Mabry Highway, Suite 112, Tampa, FL 33618.

5. Defendant Home Value Realty and its agent Donna Barrett is doing business under the laws of the State of Florida, and can be served with citation at 10640 Griffin Road, Suite 106, Davie, FL 33328.

III.

JURISDICTION AND VENUE.

6. This Court has jurisdiction over Defendant Deutsche Bank National Trust Company by virtue of the fact that they own property in the State of Florida, do business in the State of Florida and the United States, including owning and servicing loans, which necessarily involves contracting with Florida residents by mail or otherwise when at least one of the parties is to perform the contract in Florida. Further, such Defendants have committed the torts as set forth herinbelow in whole or in part in Florida. Such Defendants are foreign entities engaged in business in Florida.

7. Venue is proper in US District Court Southern District of Florida, as the suit involves recovery of real property and removal of encumbrance on real property located in Broward County, Florida. Venue is proper as Broward County, Florida is where all or a substantial part of the events or omissions occurred, including the wrongful Writ of Possession. Venue is also proper as to all of the Defendants, as the claims or actions against each of them arose out of the same transactions or occurrence, or series of transactions or occurrences.

2

## STATEMENT OF FACTS.

8. Mrs. Paulk obtained possession of the home at 14160 Luray Road Southwest Ranches, 33330, Broward County, Florida, on or about August 2008 (the "Property"). The property was acquired by way of which a Deed was granted and recorded in Deed of Trust Records of Broward County, Florida (the "Warranty Deed"). Mrs. Paulk contacted the bank of actions taken giving them the opportunity to dispute the above Warranty Deed only to have all correspondence ignored by the Defendants.

9. Deutsche Bank National Trust Company failed to respond to the letters and proof of ownership requested by Mrs. Paulk which included a "Silent Acquiescence Clause" denoting agreement to, and the finalization of the offer submitted.

10. Defendant refused or ignored legal form of remedy.

## V.

## CAUSES OF ACTION.

### A. Wrongful Writ of Possession

11. Plaintiff reurge the allegations of paragraphs 8 and 10. Plaintiff further show that Defendants committed wrongful Writ of Possession by virtue of the following actions:

    (a) Defendant misrepresented the identity of the holder of the Note and, on information and belief, the wrong entity posted notice and will take possession of the property; and

    (b) Defendant Violated Defendants' right to due process of law as well as their constitutional rights.

12. The Property is worth at least One Million Dollars ($1,000,000.00). Consequently, Plaintiff suffered damages in such amount and seek that amount from Defendants. Alternatively, Plaintiff request that the Writ of Possession be set aside and that they recover title to the Property free and clear of any lien by Defendants and seek cancellation of any and all actions to be taken by Defendants.

3

13. Plaintiff has been damaged by the Defendants breaches in at least as much as Plaintiff's equity in the property.

## B. Negligence.

14. Plaintiff reurge the allegations of paragraphs 8 through 10. Plaintiff would show that Defendants Shapiro & Fishman, LLP as attorneys for Deutsche Bank National Trust Company, also owed a duty based upon his position as attorneys to live up to the State Bar Rules of Professional Conduct (the "Code of Ethics")Defendants breached the duty owed to Plaintiff, as set forth above, including by taking the following actions:

    (a) Failing to comply with the statutory and common law requirements regarding verification of the debt, answering and acknowledging correspondences, etc.

15. Defendants' breach of such duties proximately caused the Plaintiff injury in that as a direct result of Defendants' actions and inactions, Plaintiff will possibly suffer a loss of her home, thereby losing its valuable equity, which is an amount in excess of the minimum jurisdictional limits of this Court.

## C. Exemplary Damages.

16. Plaintiff reurge the allegations of paragraphs 2 through 15. Defendants' actions were outrageous, malicious, and otherwise morally culpable and support exemplary damages.

## D. Intentional Infliction of Emotional Distress.

17. Plaintiff reurge the allegations of paragraphs 8through 15. Plaintiff would show that Defendants desired to cause the Plaintiff to lose their home. Defendants' conduct was reckless in that Defendants knew that their actions had a high degree of risk or harm that Plaintiff would lose her property and suffer damages. The conduct of the Defendants caused emotional distress to Plaintiff.

### E. Violations of the Florida Debt Collection Practices Act.

18. Plaintiff reurge the Allegations of paragraphs 8 through 17. Plaintiff would show that DEUTSCHE BANK NATIONAL TRUST COMPANY and SHAPIRO & FISHMAN, LLP are debt collectors for purposed of the Florida Debt Collection Practices Act. Plaintiff would show that such, Defendants also used unfair or unconscionable means by collecting or attempting to collect incidental to the allegation that was not authorized by the terms of the parties' contract. Defendants' violation of the Florida Debt Collection Practices Act entitles Plaintiff to injunctive relief and actual damages and court fees under said Act.

### F. Violations of the Fair Debt Collection Practices Act.

19. Plaintiff reurge the allegations of paragraphs 8 through 17. Plaintiff would show the Defendants' actions also violated the Federal Fair Debt Collection Practices Act.

### G. Declaratory Judgment.

20. Plaintiff reurge the allegations of paragraphs 8 through 18. Plaintiff seeks a declaration that the Writ of possession was wrongful, unlawful and that she is the current owner of the Property.

### H. Deceptive Trade Practices Act.

21. Plaintiff reurge the allegations of paragraphs 8 through 20. The violations of the Florida Debt Collection Practices Act also constitute violations of the Florida Deceptive Trade Practices Act. The conduct of Defendants was knowing and, therefore, supports the imposition of additional damages under the Florida Deceptive Trade Practices Act.

### I. Temporary Restraining Order and Injunction Relief.

22. Plaintiff reurge the allegations of paragraphs 8 through 21. Plaintiff seeks Temporary Restraining Order and Injunction Relief. In the event that a Temporary Restraining Order is not immediately issued, Plaintiff will suffer irreparable harm in that they will be deprived of the use of her home throughout the pendency of this suit. Such harm is imminent because Shapiro & Fishman, LLP is currently representing Deutsche Bank National Trust Company in the Writ of Possession process of the property. Consequently, Plaintiff seeks a Temporary Restraining Order and Temporary

5

Injunction and a Permanent Injunction to enjoin and restrain the Defendants, his agents, servants, employees, representatives, or attorneys from the following:

(a) attempting to or actually taking possession of the Property, which is located at 14160 Luray Road, Southwest Ranches, Broward, Florida, 33330;

(b) interfering in any way with Plaintiff's possession of the Property;

(c) from taking any action whatsoever that may be construed as unreasonable debt collection or otherwise violating the Florida or federal statutes regarding debt collection.

(d) taking any actions to sale the property listed as 14160 Luray Road, Southwest Ranches, 33330.

### J. Temporary Injunction.

23. Plaintiff reurge the allegations of paragraphs 8 through 22. Plaintiff seeks a Temporary Injunction enjoining Defendants, his agents, employees, and attorneys from taking any other action against Plaintiff connected with the subject matter of this suit during the pendency of this suit.

### K. Permanent Injunction.

24. Plaintiff reurge the allegations of paragraph 8 through 23. Plaintiff seeks a permanent injunction enjoining and restraining Defendants, his agents, employees, and attorneys from attempting to remove from property, harass, or take any other action against Plaintiff connected with the subject matter of this suit.

### L. Damages.

25. Plaintiff reurge the allegations of paragraphs 8 through 24. Due to the wrongful disclosure, breach of contract, negligence, and gross negligence on behalf of Defendants. In addition, Mrs. Paulk has experienced a high degree of discomfort and distress over the actions of the

6

Defendants. Given that the conduct of the Defendants was intentional and /or done with a reckless disregard of the welfare of the Plaintiff, Plaintiff is entitled to punitive damages as well. Plaintiff seeks an amount in excess of $5,000,000.00 of this Court from Defendants for such punitive damages.

WHEREFORE, PREMISIES CONSIDERED, Plaintiff pray that Defendants be cited to appear, answer, and the following orders be entered:

1. That a Temporary Restraining Order is issued without notice to Defendants, restraining Defendants, his agents, servants, officers, directors, employees, representatives, and attorneys from taking the actions set forth in paragraphs 20 and 21 above;

2. That upon conclusion of this suit, a Permanent Injunction be issued enjoining and restraining Defendants, his agents, employees, and attorneys from attempting to collect a debt, harass, foreclose, or take any other action against Plaintiff connected with the subject matter of this suit.

3. That Defendants be cited to appear and show cause, and that upon such hearing, a Temporary Injunction be issued enjoining Defendants, his agents, servants, officers, directors, employees, representatives, and attorneys from taking the actions set forth in paragraph 21 and 22.

Plaintiff further prays that upon final hearing the following be entered:

1. Judgment against Defendants, jointly and severally, for actual damages sustained by Defendants in the amount of Five Million Dollars ($5,000,000.00).

2. Judgment against Defendants, jointly and severally, for punitive damages in an amount to be determined by the trier of fact;

3. Declaratory Judgment that Plaintiff is the owner of the Property free and clear of any lien in favor of Plaintiff;

7

4. Permanent Injunction enjoining and restraining Defendants as set forth above;

5. Judgment for Plaintiff to recover their reasonable and necessary fees for bringing this case to trial and judgment, as well as a conditional award in the event of an appeal;

6. Judgment for both pre-judgment interest and post-judgment interest at the maximum interest rate allowed by law;

7. Judgment for costs of Court; and

8. Judgment for such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted this 30th day of October, 2008.

Respectfully Submitted,

ANGELA PAULK
14160 Luray Road
Southwest Ranches, FL 33330
(954) 880-0990

By: _____
ANGELA PAULK

8

# PROOF OF SERVICE

## AFFIDAVIT

I, ANGELA PAULK, hereby state that the following entities or individuals have been properly served at the addresses below this 30th day of October 2008.

DEUTSCHE BANK NATIONAL TRUST COMPANY, 60 Wall Street, New York, NY 10005.

SHAPIRO & FISHMAN, LLP, 10004 N. Dale Mabry Highway, Suite 112, Tampa, FL 33618.

HOME VALUE REALTY AND DONNA BARRETT, 10640 Griffin Road, Suite 106, Davie, FL 33328.

I, ANGELA PAULK, hereby state that I am over 18 years of age and I served copies to the plaintiffs, further declare under the penalty of perjury under the laws of the State of Florida, that the foregoing is true and correct.

This document executed on this 30th day of October 2008, in the County of Broward, Florida.

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
Angela Paulk

**DEFENDANTS**
Deutsche Bank National Trust Co.
Donna Burrett as agent for Home Value

(b) County of Residence of First Listed Plaintiff: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: ERIE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known): Shapiro & Fishman, LLP

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

0:08 CV 61754-Gold-Mc Aliley

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☒ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | **IMMIGRATION** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
a) Re-filed Case ☐ YES ☐ NO     b) Related Cases ☐ YES ☐ NO
(See instructions second page): JUDGE ___ DOCKET NUMBER ___

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 28 USC 1964
Real Property
LENGTH OF TRIAL via ___ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ___
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD s/ ___
DATE 10/31/2008

FOR OFFICE USE ONLY
AMOUNT ___   RECEIPT # ___   IFP yes