UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 08-61754-CIV-GOLD/McALILEY

ANGELA PAULK,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, SHAPIRO & FISHMAN LLP,
DONNA BARRETT, as agent for
Home Value Realty,

    Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATIONS [DE 5];
DENYING EMERGENCY PETITION [DE 3]; DISMISSING ORIGINAL
PETITION [DE 1] WITHOUT PREJUDICE; CLOSING CASE

THIS CAUSE comes before the Court upon Magistrate Judge Chris M. McAliley's Report and Recommendation Recommending Dismissal Without Prejudice ("Report") [DE 5], entered on November 12, 2008. In the Report, Magistrate Judge McAliley recommends dismissing Plaintiff's Original Petition and Application for Temporary and Permanent Injunction ("Original Petition") [DE 1] and denying Plaintiff's Emergency Petition for Temporary Injunction and Temporary Restraining Order ("Emergency Petition") [DE 3] for lack of subject matter jurisdiction and failing to meet the requirements of Fed.R.Civ.P. 65(b), governing when a court may issue a temporary restraining order without notice. Plaintiff has not filed objections to the Report, and the time for doing so has expired. Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby

ORDERED AND ADJUDGED:

1. The Report [DE 5] is AFFIRMED AND ADOPTED.

2. Plaintiff's Emergency Petition [DE 3] is DENIED.

3. Plaintiff's Original Petition [DE 1] is DISMISSED WITHOUT PREJUDICE.

4. All other pending motions are DENIED AS MOOT and all hearings are CANCELLED.

5. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of December, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All Counsel and Parties of Record